UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROBERT HITE, individually,

        Plaintiff,

                                  Case No. 9:10-cv-80619

v.

CAPITAL ONE BANK (USA), N.A., et. al.

        Defendants.

_____/

**NOTICE OF PENDING SETTLEMENT**

Defendant, NCO Financial Systems, Inc. ("NCO"), and Capital One Bank (USA) NA ("Capital One") by and through its undersigned counsel, hereby submit this Notice of Pending Settlement and state that the parties have reached a verbal settlement with regard to Plaintiff's claims against NCO and Capital One and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                            Respectfully submitted,

                                            /s/Kenneth C. Grace
                                            Kenneth C. Grace, Esq.
                                            Florida Bar No.: 0658464
                                            Sessions, Fishman, Nathan & Israel, L.L.C.
                                            3350 Buschwood Park Drive, Suite 195
                                            Tampa, FL 33618
                                            Tele:  (813) 890-2463; Fax: (866) 466-3140
                                            kgrace@sessions-law.biz
                                            *Counsel for Defendants,*
                                            *NCO Financial Systems, Inc.*
                                            *Capital One Bank (USA) NA*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March 2011 a copy of the foregoing was served electronically via CM/ECF on the following:

Scott D. Owens, Esq.
Cohen & Owens, P.A.
3801 Hollywood Blvd., Suite 200
Hollywood, FL 33021

/s/Kenneth C. Grace
Attorney

\\sfnfs02\prolawdocs\6947\6947-26023\Hite, Robert\159204.doc