UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROBERT HITE, individually,

        Plaintiff,

                                                      Case No. 9:10-cv-80619

v.

CAPITAL ONE BANK (USA), N.A., et. al.

        Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, Robert Hite ("Plaintiff"), and NCO Financial Systems, Inc. ("NCO"), and Capital One Bank (USA) NA ("Capital One") hereby file this joint stipulation of dismissal with prejudice and state: Plaintiff dismisses with prejudice all claims against NCO and Capital One with prejudice. The Court will retain jurisdiction over the case to enforce the terms of the settlement agreement if deemed necessary. Each party is to bear its own fees and costs.

      Dated, this 4th day of April, 2011.

| | |
|---|---|
| /s/Scott Owens | /s/Kenneth C. Grace |
| Scott Owens, Esq. | Kenneth C. Grace, Esq. |
| Florida Bar No.: 0597651 | Florida Bar No.: 0658464 |
| Attorney for Plaintiff | Attorney for Defendant Capital One and |
| Cohen & Owens, P.A. | NCO |
| 3801 Hollywood Blvd. | Sessions, Fishman, Nathan & Israel, LLC |
| Suite 200 | Suite 195 |
| Hollywood, FL 33021 | 3350 Buschwood Park Drive |
| Telephone: 954-923-3801 | Tampa, FL 33618 |
| Facsimile: 954-967-2791 | Telephone: 813-890-2465 |
| | Facsimile: 866-466-3140 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ROBERT HITE, individually,

        Plaintiff,

                              Case No. 9:10-cv-80619

v.

CAPITAL ONE BANK (USA), N.A., et. al.

        Defendants.

_____/

**ORDER DISMISSING CASE WITH PREJUDICE AND WITHOUT COSTS**

CONSIDERING the foregoing Stipulation for Dismissal with Prejudice;

IT IS HEREBY ORDERED, that the above-captioned cause of action against NCO Financial Systems, Inc. and Capital One Bank (USA), NA be dismissed with prejudice.

This ___ day of April, 2011.

_____
U.S. District Court Judge