UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-CV-80619/DIMITROULEAS/SNOW

ROBERT HITE, individually,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,
a chartered national bank,
ALLIED INTERSTATE, INC,
a foreign corporation, and
NCO FINANCIAL SYSTEMS, INC.,
a foreign corporation,

    Defendants.
_____/

**JOINT NOTICE OF VOULUNTARY DISMISSAL WITH PREJUDICE
AS TO DEFENDANT ALLIED INTERSTATE, INC.**

Pursuant to agreement of the undersigned counsel on behalf of their respective clients, the parties hereby give notice that the above-styled matter is hereby dismissed with prejudice, each side to bear their own fees and costs, except as otherwise agrees to by the respective parties..

| | |
|---|---|
| **SLATKIN & REYNOLDS, P.A.**<br>*Counsel for Defendant Allied Interstate, Inc.*<br>One East Broward Blvd., Suite 609<br>Fort Lauderdale, Florida 33301<br>Telephone: 954.745.5880<br>Facsimile: 954.745.5890<br><br>By: _/s/Robert F. Reynolds__<br>    Robert F. Reynolds, Esq.<br>    Florida Bar No. 174823 | s/Scott D. Owens_____<br>Scott D. Owens<br>Florida Bar No. 0597651<br>*Counsel for Plaintiff*<br>COHEN & OWENS, P.A.<br>3801 Hollywood Blvd., Suite 200<br>Hollywood, Florida 33021<br>Telephone: 954-923-3801<br>Facsimile: 954-967-2791<br>Email: scott@cohenowens.com |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 6th of April, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document

is being served on this 6<u>th</u> of April, 2011 on Kenneth C. Grace, Esq., Sessions, Fishman, Nathan & Israel, L.L.C., Attorneys for Defendant CAPITAL ONE BANK (USA), 3350 Buschwood Park Drive, Suite 195, Tampa, FL 33618, Email: kgrace@sessions-law.biz and dvanhoose@sessions-law.biz, Kenneth C. Grace, Esq., Sessions, Fishman, Nathan & Israel, L.L.C., Attorneys for Defendant NCO FINANCIAL SYSTEMS, INC., 3350 Buschwood Park Drive, Suite 195, Tampa, FL 33618, Email: kgrace@sessions-law.biz and dvanhoose@sessions-law.biz, and Robert F. Reynolds, Esq., Slatkin & Reynolds, P.A., Attorneys for ALLIED INTERSTATE, INC., One East Broward Boulevard, Suite 609, Fort Lauderdale, FL 33301, Email: rreynolds@slatkinreynolds.com, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Scott D. Owens
**SCOTT D. OWENS, ESQ.**
Florida Bar No.: 0597651
MENINA E. COHEN, ESQ.
Florida Bar No.: 014236
**COHEN & OWENS, P.A.**
Attorney for Plaintiff
3801 Hollywood Boulevard
Suite 200
Hollywood, Florida 33021
Phone 954-923-3801
Fax 954-967-2791