UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80619-CIV-DIMITROULEAS

ROBERT HITE, individually,

Magistrate Judge Snow

    Plaintiff,

vs.

CAPITAL ONE BANK (USA), N.A.,
a chartered national bank, ALLIED INTERSTATE,
INC., a foreign corporation, and NCO FINANCIAL
SYSTEMS, INC. A foreign corporation,

    Defendant.
_____/

## ORDER APPROVING DISMISSAL; CLOSING CASE

THIS CAUSE is before the Court upon the Joint Notice of Voluntary Dismissal with Prejudice as to Defendant Allied Interstate, Inc. [DE-47], filed herein on April 6, 2011.  The Court has carefully considered the Joint Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Notice of Voluntary Dismissal with Prejudice as to Defendant Allied Interstate, Inc. [DE-47] is hereby **APPROVED**;

2. Defendant Allied Interstate, Inc. is hereby **DISMISSED WITH PREJUDICE**, with each side to bear their own fees and costs.  The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

3. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of April, 2011.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record